IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:13-cv-303

| | |
|---|---|
| KELVIN L. WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLINA TELEPHONE AND | ) |
| TELEGRAPH COMPANY LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Intentional Infliction of Emotional Distress Claim. For good cause shown, it is hereby **ORDERED** that Plaintiff's Motion to Dismiss Intentional Infliction of Emotional Distress claim is **GRANTED**.

**SO ORDERED.**

_____
United States District Judge